THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Albert Earl
 Taylor, Appellant.
 
 
 

Appeal From Richland County
 John  L.  Breeden, Circuit Court Judge
Unpublished Opinion No. 2007-UP-427
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Albert Earl Taylor, of Columbia, Chief Attorney Joseph L. Savitz,
 III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Albert Earl Taylor  was indicted for first offense
 possession of crack cocaine with intent to distribute.  He pled guilty to the
 charge.  The trial court sentenced him to imprisonment for three years,
 suspended on time served and probation for time served.  Taylors counsel attached to the final brief a petition to be
 relieved as counsel stating he had reviewed the record and concluded the appeal
 lacked merit.  Taylor did not file a pro se response.  We dismiss pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991).  Counsels petition to be relieved is granted.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 AND HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.